# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MISSOURI

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Organizational Defendants) |
| **MARIN J. CORPORATION** | Case Number: **4:21-CR-00369-RLW(1)** |
| | **Curtis O. Poore** |
| | Defendant Organization's Attorney |

**THE DEFENDANT ORGANIZATION:**

| ☒ | pleaded guilty to count(s) | two of the Indictment on April 28, 2022. |
|---|---|---|
| ☐ | pleaded nolo contendere to count(s) which was accepted by the court | |
| ☐ | was found guilty on count(s) after a plea of not guilty | |

The organizational defendant is adjudicated guilty of these offenses:

| **Title & Section / Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|
| Wire Fraud 18 U.S.C. § 1343 | 10/20/2018 | 2r |

The defendant organization is sentenced as provided in pages 2 through 5 of this judgment.

☐   The defendant organization has been found not guilty on count(s)

☒   Count(s) one and three   ☐ is   ☒ are dismissed on the motion of the United States

It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer I.D. No.: 26-3477844

**August 2, 2022**
Date of Imposition of Judgment

Defendant Organization's Principal Business Address:

*/s/ Ronnie L. White*
Signature of Judge

2148 North Torrington Road
Avon Park, FL 33825

**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

Defendant Organization's Mailing Address:

**August 2, 2022**
Date

Same

AO 245E (Rev. MOED 9/19) Judgment in a Criminal Case for Organizational Defendants                                   Judgment -- Page 2 of 5

DEFENDANT ORGANIZATION:        MARIN J. CORPORATION
CASE NUMBER:            4:21-CR-00369-RLW(1)

# PROBATION

The defendant organization is hereby sentenced to probation for a term of: 3 years as to count 2r.

The defendant organization shall not commit another federal, state or local crime.

## MANDATORY CONDITIONS

THE COURT WAIVES the mandatory conditions of probation.

## STANDARD CONDITIONS OF PROBATION

THE COURT WAIVES the standard conditions of probation with the exception of the discretionary conditions related to subsections (15), (16), and (17) of 18 U.S.C. § 3563(b).

      If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant organization pay in accordance with the Schedule of Payments of this judgment.

      The defendant organization must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page (if indicated below).

DEFENDANT ORGANIZATION:     MARIN J. CORPORATION  
CASE NUMBER:     4:21-CR-00369-RLW(1)

# SPECIAL CONDITIONS OF PROBATION

While on probation, the defendant shall comply with the following special conditions. If it is determined there are costs associated with any services provided, the defendant shall pay those costs based on a co-payment fee established by the probation office.

The organizational defendant must comply with all federal, state, and local laws and regulations.

The organization must be required to notify the Court or probation officer immediately upon learning of any material adverse change in its business or financial condition or prospects, or the commencement of any bankruptcy proceeding, major civil litigation, criminal prosecution, or administrative proceeding against the organization, or any investigation or formal inquiry by governmental entities regarding the organization.

The organization must develop and implement an effective compliance and ethics program, in accordance with USSG §8B2.1, and further agrees to advise the U.S. Probation Office and the U.S. Attorney's Office on a quarterly basis of the specific steps made to implement and enforce a compliance and ethics program. USSG §8D1.4(b)(1).

The organization must make periodic submissions to the Court or probation officer, at intervals specified by the court, reporting on the organization's financial condition and results of business operations, and accounting for the disposition of all funds received.

The organization must submit to: (A) a reasonable number of regular or unannounced examinations of its books and records at appropriate business premises by the probation officer or experts engaged by the court; and (B) interrogation of knowledgeable individuals within the organization. Compensation to and costs of any experts engaged by the court shall be paid by the organization.

The organization must provide the probation officer with access to any requested financial information.

If the judgment imposes a financial penalty, you must pay the financial penalty in accordance with the Schedule of Payments sheet of the judgment. You must also notify the court of any changes in economic circumstances that might affect the ability to pay this financial penalty.

You must make restitution in the amount of $214,373.74. The defendant shall notify the United States Attorney for this district within 30 days of any change of mailing or residence address that occurs while any portion of the restitution remains unpaid.

DEFENDANT ORGANIZATION: MARIN J. CORPORATION  
CASE NUMBER: 4:21-CR-00369-RLW(1)

# CRIMINAL MONETARY PENALTIES

The defendant organization must pay the total criminal monetary penalties under the schedule of payments.

|         | **Assessment** | **Restitution** | **Fine**    | **AVAA Assessment*** | **JVTA Assessment**** |
|---------|---------------:|----------------:|------------:|----------------------|------------------------|
| **TOTALS** | $100.00 | $214,373.74 | $10,000.00 |                      |                        |

☐ The determination of restitution is deferred until       An *Amended Judgment in a Criminal Case* *(AO245C)* will be entered after such determination.

☐ The defendant organization must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

Restitution of $214,373.74 to:

DEPARTMENT OF LABOR

☐ Restitution amount ordered pursuant to plea agreement $

☐ The defendant organization shall pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant organization does not have the ability to pay interest, and it is ordered that:

  ☒ the interest requirement is waived for the     ☒ fine     ☒ restitution

  ☐ the interest requirement for the     ☐ fine     ☐ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.  
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22  
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

## ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3663A, the organizational defendant shall make restitution in the total amount of $214,373.74 to the Department of Labor. Payments of restitution shall be made to the Clerk of the Court for transfer to the victims. The interest requirement for the restitution is waived.

All criminal monetary penalties are due in full immediately. The defendant shall pay all criminal monetary penalties through the Clerk of Court. If the defendant cannot pay in full immediately, then the defendant shall make payments in monthly installments of at least $2,000, or no less than 10% of the defendant's gross earnings, whichever is greater, with payments to commence no later than 30 days from this date. Until all criminal monetary penalties are paid in full, the defendant shall notify the Court and this district's United States Attorney's Office, Financial Litigation Unit, of any material changes in the defendant's economic circumstances that might affect the defendant's ability to pay criminal monetary penalties. The defendant shall notify this district's United States Attorney's Office, Financial Litigation Unit, of any change of mailing or residence address that occurs while any portion of the criminal monetary penalties remains unpaid.

IT IS FURTHER ORDERED that the organizational defendant shall pay to the United States a fine of $10,000. Payments of the fine are to be made to the Clerk of the Court. The interest requirement for the fine is waived.

All criminal monetary penalties are due in full immediately. The defendant shall pay all criminal monetary penalties through the Clerk of Court.

AO 245E (Rev. MOED 9/19) Judgment in a Criminal Case for Organizational Defendants    Judgment -- Page 5 of 5

DEFENDANT ORGANIZATION:    MARIN J. CORPORATION
CASE NUMBER:    4:21-CR-00369-RLW(1)

# SCHEDULE OF PAYMENTS

Having assessed the organization's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☒ Lump sum payments of $ 224,473.74 due immediately, balance due

☐ not later than _____, or

☒ in accordance with ☐ C or ☒ D below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C or ☐ D below); or

**C** ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☒ Special instructions regarding the payment of criminal monetary penalties:

**It is ordered that the Defendant shall pay to the United States a special assessment of $100.00 for Count 2r, which shall be due immediately. Said special assessment shall be paid to the Clerk, U.S. District Court. (See Additional Terms For Criminal Monetary Penalties on page 5 regarding payment schedule for fine and restitution.)**

All criminal penalties are made to the clerk of the court.

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several
Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.
☐ The defendant shall pay the following court cost(s):
☐ The defendant organization shall forfeit the defendant organization's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

DEFENDANT:        MARIN J. CORPORATION
CASE NUMBER:      4:21-CR-00369-RLW(1)
USM Number:

# UNITED STATES MARSHAL
# RETURN OF JUDGMENT IN A CRIMINAL CASE

**I have executed this judgment as follows:**

Date defendant was delivered with certified copy of this judgment:_____

Name and location of facility:_____

☐ Defendant was sentenced to Time Served and was released on:_____

☐ Defendant was sentenced to _____ months/years of Probation and was released on:_____

☐ Defendant was sentenced to _____ months/years of Supervised Release and was released on:_____

_____
NAME OF US MARSHAL/WARDEN

_____
By: NAME OF DEPUTY US MARSHAL/CSO